# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CLIFFORD W. MATHEWS, by and through successors in interest, CLIFFORD W. MATHEWS, JR., CEYLEAH W. MADONNA CLARICE MATHEWS, ANTHONY LAWARENCE TRUJILLO, MICHAELA ROBERTA TRUJILLO, and L.A., a minor, by and through his Guardian Ad Litem, Erlinda Grant; CLIFFORD W. MATHEWS, JR., CEYLEAH W. MADONNA CLARICE MATHEWS, ANTHONY LAWARENCE TRUJILLO, MICHAELA ROBERTA TRUJILLO, and L.A., a minor, by and through his Guardian Ad Litem, Erlinda Grant, individually,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF CHAD BIANCO, in his individual and official capacities, COUNTY OF RIVERSIDE, a public entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; and | **Case No.:** 5:25-cv-02298-MEMF (DTBx)<br><br>**ORDER GRANTING DISMISSAL OF PLAINTIFFS' 10TH CAUSE OF ACTION FOR "DECLARATORY RELIEF" [DKT. NO. 16]** |

| | |
|---|---|
| 1 | DOES 1 through 10, |
| 2 |       Defendants. |

The Court, having considered the Parties' Stipulation to Dismiss Plaintiffs' 10th Cause of Action for "Declaratory Relief," and good cause appearing, hereby GRANTS the Stipulation and ORDERS as follows:

    The Plaintiffs' 10th Cause of Action for "Declaratory Relief" shall be dismissed.

IT IS SO ORDERED.

Dated: November 14, 2025

                                          Maame Ewusi-Mensah Frimpong
                                          United States District Judge

ORDER GRANTING DISMISSAL OF PLAINTIFFS' 10TH CAUSE OF ACTION FOR "DECLARATORY RELIEF"