DEBORAH OLSEN DEBOER, State Bar # 109775 ***Exempt from Filing Fees Govt. Code §6103***
KARLA M. MEIER, State Bar # 158403
KRAMER, DEBOER & KEANE
A Limited Liability Partnership
Including Professional Corporations
74770 Highway 111, Suite 201
Indian Wells, California 92210
Telephone: (760) 776-1226
Facsimile: (760) 776-1535
ddeboer@kdk.legal; kmeier@kdk.legal; abuggy@kdk.legal;

Attorneys for Defendant, SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CLIFFORD W. MATHEWS, by and through successors in interest, CLIFFORD W. MATHEWS, JR., CEYLEAH W. MADONNA CLARICE MATHEWS, ANTHONY LAWARENCE TRUJILLO, MICHAELA ROBERTA TRUJILLO, and L.A., a minor, by and through his Guardian Ad Litem, Erlinda Grant; CLIFFORD W. MATHEWS, JR., CEYLEAH W. MADONNA CLARICE MATHEWS, ANTHONY LAWARENCE TRUJILLO, MICHAELA ROBERTA TRUJILLO, and L.A., a minor, by and through his Guardian Ad Litem, Erlinda Grant, individually, | CASE NO. 5:25-cv-02298-MEMF-DTB [Assigned to U.S. District Judge Hon. Maame Ewusi-Mensah Frimpong; U.S. Magistrate Hon. David T. Bristow/Courtroom 8B] Action Filed: 09/03/25 |
| | **DEFENDANT, SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FIRST AMENDED COMPLAINT** |
| | **AND** |
| | **DEMAND FOR JURY TRIAL** |
| Plaintiffs, | |
| v. | |
| SHERIFF CHAD BIANCO, in his individual and official capacities, COUNTY OF RIVERSIDE, a public entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; SAN GORGONIO MEMORIAL HOSPITAL; SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT; and DOES 1 through 10, | Scheduling Conf.: Not Yet Assigned |
| Defendants. | |

COMES NOW Defendant, SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT, and answering Plaintiffs' First Amended Complaint for itself and for no other parties, admits, denies and alleges as follows:

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

## INTRODUCTION

1.    Answering Paragraph 1, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

2.    Answering Paragraph 2, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

3.    Answering Paragraph 3, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

4.    Answering Paragraph 4, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

5.    Answering Paragraph 5, Defendant s sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

6.    Answering Paragraph 6, Defendant admits that Cois M. Byrd Detention Center, Robert Presley Detention Center, Larry D. Smith Correctional Facility, John J. Benoit Detention Center and the Blythe Jail are all County of Riverside correctional facilities.  Defendant lacks sufficient information and belief upon which to answer the remaining allegations contained herein, and on that basis denies the remaining allegations.

7.    Answering Paragraph 7, Defendant lacks sufficient information and belief upon which to answer the remaining allegations contained therein, and on that basis denies the remaining allegations.

8.    Answering Paragraph 8, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

## JURISDICTION AND VENUE

9.    Answering Paragraph 9, Defendant admit that jurisdiction is properly with this Court.

10.    Answering Paragraph 10, Defendant denies that Plaintiffs are entitled to declaratory relief.

11.    Answering Paragraph 11, Defendant admits that venue is appropriate in the Central District of California.  Defendant lacks sufficient information and belief upon which to answer the remaining allegations contained therein, and on that basis denies the remaining allegations.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES/PENDANT CLAIMS**

12.    Answering paragraph 12, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

13.    Answering paragraph 13, Defendant lacks sufficient information and upon to answer the allegations contained therein, and on that basis denies the remaining allegations.

**PARTIES**

14.    Answering Paragraph 14, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

15.    Answering Paragraph 15, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

16.    Answering Paragraph 16, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

17.    Answering Paragraph 17, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

18.    Answering Paragraph 18, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

19.    Answering Paragraph 19, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

20.    Answering Paragraph 20, Defendant lacks sufficient information and belief upon which to answer the remaining allegations contained therein, and on that basis denies the remaining allegations.

21.    Answering Paragraph 21, Defendant lacks sufficient information and belief upon which to answer the remaining allegations contained therein, and on that basis denies the remaining allegations.

22.    Answering Paragraph 22, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and contentions, to which an answer is not required.

23.    Answering Paragraph 23, Defendant admits that defendant SAN GORGONIO MEMORIAL HOSPITAL DISTRICT ("SGMH") is a hospital located in Banning, California. As

KRAMER, DeBOER & KEANE

A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

1 │ to the remaining allegations as stated, Defendant lacks sufficient information and belief upon which

2 │ to answer the allegations contained therein, and on that basis denies the remaining allegations.

3 │       24.      Answering Paragraph 24, Defendant lacks sufficient information and belief upon

4 │ which to answer the allegations contained therein, and on that basis denies the remaining allegations.

5 │       25.      Answering Paragraph 25, Defendant lacks sufficient information and belief upon

6 │ which to answer the allegations contained therein, and on that basis denies the remaining allegations.

7 │       26.      Answering Paragraph 26, Defendant lack sufficient information and belief upon

8 │ which to answer the allegations contained therein, and on that basis denies the remaining allegations.

9 │       27.      Answering Paragraph 27, Defendant lacks sufficient information and belief upon

10 │ which to answer the allegations contained therein, and on that basis denies the remaining allegations.

11 │       28.      Answering Paragraph 28, Defendant lacks sufficient information and belief upon

12 │ which to answer the allegations contained therein, and on that basis denies the remaining allegations.

13 │       29.      Answering Paragraph 29, Defendant lacks sufficient information and belief upon

14 │ which to answer the allegations contained therein, and on that basis denies the remaining allegations.

15 │       30.      Answering Paragraph 30, Defendant lacks sufficient information and belief upon

16 │ which to answer the allegations contained therein, and on that basis denies the remaining allegations.

17 │       31.      Answering Paragraph 31, Defendant lacks sufficient information and belief upon

18 │ which to answer the allegations contained therein, and on that basis denies the remaining allegations.

19 │       32.      Answering Paragraph 32, Defendant lacks sufficient information and belief upon

20 │ which to answer the allegations contained therein, and on that basis denies the remaining allegations.

21 │ **FACTUAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

22 │       33.      Answering Paragraph 33, Defendant admit that decedent CLIFFORD MATHEWS

23 │ was transported by ambulance to SAN GORGONIO MEMORIAL HOSPITAL in Banning,

24 │ Riverside County, California    Defendant lack sufficient information and belief upon which to

25 │ answer the allegations contained therein, and on that basis denies the remaining allegations.

26 │       34.      Answering Paragraph 34, Defendant lacks sufficient information and belief upon

27 │ which to answer the allegations contained therein, and on that basis denies the remaining allegations.

28 │ / / /

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

35.     Answering Paragraph 35, Defendant lacks sufficient information and belief upon which to answer the remaining allegations contained therein, and on that basis denies the remaining allegations.

36.     Answering Paragraph 36, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

37.     Answering Paragraph 37, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

38.     Answering Paragraph 38, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

39.     Answering Paragraph 39, Defendant lacks sufficient information and belief upon which to answer the remaining allegations contained therein, and on that basis denies the remaining allegations.

40.     Answering Paragraph 40, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

41.     Answering Paragraph 41, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

42.     Answering Paragraph 42, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

43.     Answering Paragraph 43, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

44.     Answering Paragraph 44, Defendant admit that Decedent was taken to SAN GORGONIO MEMORIAL HOSPITAL on September 24, 2024.  Defendant lacks sufficient information and belief upon which to answer the remaining allegations contained therein, and on that basis denies the remaining allegations.

45.     Answering Paragraph 45, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

46.     Answering Paragraph 46, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

47.    Answering Paragraph 47, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

48.    Answering Paragraph 48, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

49.    Answering Paragraph 49, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

50.    Answering Paragraph 50, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

51.    Answering Paragraph 51, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

52.    Answering Paragraph 52, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

## FACTUAL ALLEGATIONS COMMON TO MONELL AND SUPERVISORIAL CAUSES OF ACTION

53.    Answering Paragraph 53, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant denies generally and specifically each and every allegation.

54.    Answering Paragraph 54, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis generally and specifically denies the allegations.

**A.    Answering Section A Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis generally and specifically denies the allegations.**

55.    Answering Paragraph 55, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

/ / /

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

56.    Answering Paragraph 56, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the remaining allegations.

56(a).    Answering Paragraph 56(a), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(b).    Answering Paragraph 56(b), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(c).    Answering Paragraph 56(c), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(d).    Answering Paragraph 56(d), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(e).    Answering Paragraph 56(e), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(f).    Answering Paragraph 56(f), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(g).    Answering Paragraph 56(g), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(h).    Answering Paragraph 56(h), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(i).    Answering Paragraph 56(i), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(j).    Answering Paragraph 56(j), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(k).    Answering Paragraph 56(k), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(l).    Answering Paragraph 56(l), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

/ / /

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

56(m).  Answering Paragraph 56(m), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(n).  Answering Paragraph 56(n), Defendant lack sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(o).  Answering Paragraph 56(o), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(p).  Answering Paragraph 56(p), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(q).  Answering Paragraph 56(q), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

56(r).  Answering Paragraph 56(r), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

57.  Answering Paragraph 57, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

58.  Answering Paragraph 58, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

59.  Answering Paragraph 59, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

**B.    Answering Section B, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis generally and specifically denies the allegations.**

60.  Answering Paragraph 60, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

60(a).  Answering Paragraph 60(a), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

60(b).  Answering Paragraph 60(b), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

/ / /

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

1  60(c).  Answering Paragraph 60(c), Defendant lacks sufficient information and belief upon
2  which to answer the allegations contained in this paragraph and on that basis denies the allegations.

3  60(d).  Answering Paragraph 60(d), Defendant lacks sufficient information and belief upon
4  which to answer the allegations contained in this paragraph and on that basis denies the allegations.

5  60(e).  Answering Paragraph 60(e), Defendant lacks sufficient information and belief upon
6  which to answer the allegations contained in this paragraph and on that basis denies the allegations.

7  60(f).  Answering Paragraph 60(f),  Defendant lacks sufficient information and belief upon
8  which to answer the allegations contained in this paragraph and on that basis denies the allegations.

9  60(g).  Answering Paragraph 60(g), Defendant lacks sufficient information and belief upon
10  which to answer the allegations contained in this paragraph and on that basis denies the allegations.

11  60(h).  Answering Paragraph 60(h), Defendant lacks sufficient information and belief upon
12  which to answer the allegations contained in this paragraph and on that basis denies the allegations.

13  60(i).  Answering Paragraph 60(i), Defendant lacks sufficient information and belief upon
14  which to answer the allegations contained in this paragraph and on that basis denies the allegations.

15  60(j).  Answering Paragraph 60(j), Defendant lacks sufficient information and belief upon
16  which to answer the allegations contained in this paragraph and on that basis denies the allegations.

17  60(k).  Answering Paragraph 60(k), Defendant lacks sufficient information and belief upon
18  which to answer the allegations contained in this paragraph and on that basis denies the allegations.

19  60(l).  Answering Paragraph 60(l), Defendant lacks sufficient information and belief upon
20  which to answer the allegations contained in this paragraph and on that basis denies the allegations.

21  60(m). Answering Paragraph 60(m), Defendant lacks sufficient information and belief upon
22  which to answer the allegations contained in this paragraph and on that basis denies the allegations.

23  60(n).  Answering Paragraph 60(n), Defendant lacks sufficient information and belief upon
24  which to answer the allegations contained in this paragraph and on that basis denies the allegations.

25  60(o).  Answering Paragraph 60(o), Defendant lacks sufficient information and belief upon
26  which to answer the allegations contained in this paragraph and on that basis denies the allegations.

27  60(p).  Answering Paragraph 60(p), Defendant lacks sufficient information and belief upon
28  which to answer the allegations contained in this paragraph and on that basis denies the allegations.

C. **Answering Section C, the allegations in this heading state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis generally and specifically denies the allegations.**

61. Answering Paragraph 61, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

61(a). Answering Paragraph 61(a), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

61(b). Answering Paragraph 61(b), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

61(c). Answering Paragraph 61(c), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

61(d). Answering Paragraph 61(d), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

62. Answering Paragraph 62, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

D. **Answering Section D, the allegations in this heading state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis generally and specifically denies the allegations.**

63. Answering Paragraph 63, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

64. Answering Paragraph 64, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

65. Answering Paragraph 65, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

66.    Answering Paragraph 66, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

**E.    Answering Section E, the allegations in this heading state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis generally and specifically denies the allegations.**

67.    Answering Paragraph 67, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis generally and specifically denies the allegations.

68.    Answering Paragraph 68, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

69.    Answering Paragraph 69, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

**F.    Answering Section F, the allegations in this heading state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis generally and specifically denies the allegations.**

70.    Answering Paragraph 70, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

71.    Answering Paragraph 71, Defendant admits the existence of a 2010-2011 Grand Jury Report regarding County of Riverside Jails. Defendant contends the information in the Grand Jury Report speaks for itself and denies any characterization that is inconsistent with its terms. As to the remaining allegations, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 922210
TELEPHONE (760) 776-1226

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

1  required, Defendant lacks sufficient information and belief upon which to answer the allegations

2  contained in this paragraph and on that basis generally and specifically denies the allegations.

3      72.    Answering Paragraph 72, Defendant admits the existence of a June 2012 Grand Jury

4  Report update.  Defendant contends the information in the Report speaks for itself and denies any

5  characterization that is inconsistent with its terms. As to the remaining allegations, the allegations

6  in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which

7  an answer is not required. To the extent a response is required, Defendant lacks sufficient

8  information and belief upon which to answer the allegations contained in this paragraph and on that

9  basis generally and specifically denies the allegations.

10     73.    Answering Paragraph 73, Defendant admits the federal class action lawsuit *Quinton*

11 *Gray, et al. v. County of Riverside*, case number 13-0444 VAP (OPx) (C.D. Cal.) was filed against

12 Defendants COUNTY OF RIVERSIDE and RIVERSIDE COUNTY SHERIFF'S DEPT. As to the

13 remaining allegations in this paragraph, Defendant lacks sufficient information and belief upon

14 which to answer the allegations contained in this paragraph and on that basis denies the allegations.

15     74.    Answering Paragraph 74, Defendant contend the *Gray* operative complaint speaks

16 for itself and denies any characterization that is inconsistent with its terms. As to the remaining

17 allegations in this paragraph, the allegations in this paragraph state only Plaintiffs' legal theories,

18 arguments, and conclusions of law, to which an answer is not required. To the extent a response is

19 required, Defendant lacks sufficient information and belief upon which to answer the allegations

20 contained in this paragraph and on that basis denies the allegations.

21     74(a).    Answering Paragraph 74(a), Defendant contends the *Gray* operative complaint

22 speaks for itself and denies any characterization that is inconsistent with its terms.  As to the

23 remaining allegations in this paragraph, the allegations in this paragraph state only Plaintiffs' legal

24 theories, arguments, and conclusions of law, to which an answer is not required. To the extent a

25 response is required, Defendant lacks sufficient information and belief upon which to answer the

26 allegations contained in this paragraph and on that basis denies the allegations.

27     74(b).    Answering Paragraph 74(b), Defendant contends the *Gray* operative complaint

28 speaks for itself and denies any characterization that is inconsistent with its terms.  As to the

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

1  remaining allegations in this paragraph, the allegations in this paragraph state only Plaintiffs' legal

2  theories, arguments, and conclusions of law, to which an answer is not required. To the extent a

3  response is required, Defendant lacks sufficient information and belief upon which to answer the

4  allegations contained in this paragraph and on that basis denies the allegations.

5       74(c). Answering Paragraph 74(c), Defendant contends the *Gray* operative complaint

6  speaks for itself and denies any characterization that is inconsistent with its terms.  As to the

7  remaining allegations in this paragraph, the allegations in this paragraph state only Plaintiffs' legal

8  theories, arguments, and conclusions of law, to which an answer is not required. To the extent a

9  response is required, Defendant lacks sufficient information and belief upon which to answer the

10  allegations contained in this paragraph and on that basis denies the allegations.

11       74(d). Answering Paragraph 74(d), Defendant contends the *Gray* operative complaint

12  speaks for itself and denies any characterization that is inconsistent with its terms.  As to the

13  remaining allegations in this paragraph, the allegations in this paragraph state only Plaintiffs' legal

14  theories, arguments, and conclusions of law, to which an answer is not required. To the extent a

15  response is required, Defendant lacks sufficient information and belief upon which to answer the

16  allegations contained in this paragraph and on that basis denies the allegations.

17       74(e). Answering Paragraph 74(e), Defendant contends the *Gray* operative complaint speaks

18  for itself and denies any characterization that is inconsistent with its terms.  As to the remaining

19  allegations in this paragraph, the allegations in this paragraph state only Plaintiffs' legal theories,

20  arguments, and conclusions of law, to which an answer is not required. To the extent a response is

21  required, Defendant lacks sufficient information and belief upon which to answer the allegations

22  contained in this paragraph and on that basis denies the allegations.

23       74(f). Answering Paragraph 74(f), Defendant contends the *Gray* operative complaint speaks

24  for itself and denies any characterization that is inconsistent with its terms.  As to the remaining

25  allegations in this paragraph, the allegations in this paragraph state only Plaintiffs' legal theories,

26  arguments, and conclusions of law, to which an answer is not required. To the extent a response is

27  required, Defendant lacks sufficient information and belief upon which to answer the allegations

28  contained in this paragraph and on that basis denies the allegations.

75.    Answering Paragraph 75, Defendant contends the docket in the *Gray* civil action speaks for itself and denies any characterization that is inconsistent with its terms.  As to the remaining allegations in this paragraph, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

76.    Answering Paragraph 76, Defendant contends the docket in the *Gray* civil action speaks for itself and denies any characterization that is inconsistent with its terms.  As to the remaining allegations in this paragraph, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

77.    Answering Paragraph 77, Defendant contends the docket in the *Gray* civil action speaks for itself and denies any characterization that is inconsistent with its terms.  As to the remaining allegations in this paragraph, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that   basis denies the allegations.

78.    Answering Paragraph 78, Defendant contends the docket in the *Gray* civil action speaks for itself and denies any characterization that is inconsistent with its terms.  As to the remaining allegations in this paragraph, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

/ / /

/ / /

/ / /

/ / /

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

**G.    Answering Section G, the allegations in this heading state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis generally and specifically denies the allegations.**

79.    Answering Paragraph 79, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant denies generally and specifically each and every allegation.

80.    Answering Paragraph 80, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

81.    Answering Paragraph 81, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

82.    Answering Paragraph 82, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

83.    Answering Paragraph 83, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

84.    Answering Paragraph 84, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

84(1).    Answering Paragraph 84(1), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

84(2).    Answering Paragraph 84(2), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

84(3).    Answering Paragraph 84(3), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

84(4).    Answering Paragraph 84(4), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

85.    Answering Paragraph 85, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

86.    Answering Paragraph 86, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

87.    Answering Paragraph 87, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

88.    Answering Paragraph 88, Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

89.    Answering Paragraph 89, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

90.    Answering Paragraph 90, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

91.    Answering Paragraph 91, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

92.    Answering Paragraph 92, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

93.    Answering Paragraph 93, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

94.    Answering Paragraph 94, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

95.    Answering Paragraph 95, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

96.    Answering Paragraph 96, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

97.    Answering Paragraph 97, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

98.    Answering Paragraph 98, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

99.    Answering Paragraph 99, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

100.   Answering Paragraph 100, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## PUNITIVE/EXEMPLARY DAMAGES ALLEGATIONS

### (Against individual Defendant SHERIFF CHAD BIANCO and DOES 1-10)

101.   Answering Paragraph 101, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

102.   Answering Paragraph 102, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

103.   Answering Paragraph 103, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

104.   Answering Paragraph 104, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

105.   Answering Paragraph 105, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

/ / /

/ / /

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1228

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

**FIRST CAUSE OF ACTION**

**Failure to Protect from Harm, Violation of the Fourteenth Amendment to the**

**United States Constitution (Survival Action – 42 U.S.C. § 1983)**

**By Plaintiff Estate of Clifford Mathews**

**As Against Defendants SHERIFF CHAD BIANCO, COUNTY OF RIVERSIDE,**

**RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 10**

106.    Answering paragraph 106, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

107.    Answering Paragraph 107, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

108.    Answering paragraph 108, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

109.    Answering paragraph 109, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

110.    Answering paragraph 110, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

111.    Answering paragraph 111, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

1 and belief upon which to answer the allegations contained therein, and on that basis denies the

2 allegations in this paragraph.

3    112.    Answering paragraph 112, the allegations in this paragraph do not apply to this

4 answering Defendant. To the extent an answer is required, Defendant lacks sufficient information

5 and belief upon which to answer the allegations contained therein, and on that basis denies the

6 allegations.

7    113.    Answering paragraph 113, the allegations in this paragraph do not apply to this

8 answering Defendant. To the extent an answer is required, Defendant lacks sufficient information

9 and belief upon which to answer the allegations contained therein, and on that basis denies the

10 allegations.

11    114.    Answering paragraph 114, the allegations in this paragraph do not apply to this

12 answering Defendant. To the extent an answer is required, Defendant lacks sufficient information

13 and belief upon which to answer the allegations contained therein, and on that basis denies the

14 allegations.

15    115.    Answering paragraph 115, the allegations in this paragraph do not apply to this

16 answering Defendant. To the extent an answer is required, Defendant lacks sufficient information

17 and belief upon which to answer the allegations contained therein, and on that basis denies the

18 allegations.

19    116.    Answering paragraph 116, the allegations in this paragraph do not apply to this

20 answering Defendant. To the extent an answer is required, Defendant lacks sufficient information

21 and belief upon which to answer the allegations contained therein, and on that basis denies the

22 allegations.

23    117.    Answering paragraph 117, the allegations in this paragraph do not apply to this

24 answering Defendant. To the extent an answer is required, Defendant lacks sufficient information

25 and belief upon which to answer the allegations contained therein, and on that basis denies the

26 allegations.

27    118.    Answering paragraph 118, the allegations in this paragraph do not apply to this

28 answering Defendant. To the extent an answer is required, Defendant lacks sufficient information

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

1  and belief upon which to answer the allegations contained therein, and on that basis denies the

2  allegations.

3      119.    Answering paragraph 119, the allegations in this paragraph do not apply to this

4  answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information

5  and belief upon which to answer the allegations contained therein, and on that basis denies the

6  allegations.

7      120.    Answering paragraph 120, the allegations in this paragraph do not apply to this

8  answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information

9  and belief upon which to answer the allegations contained therein, and on that basis denies the

10  allegations.

11      121.    Answering paragraph 121, the allegations in this paragraph do not apply to this

12  answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information

13  and belief upon which to answer the allegations contained therein, and on that basis denies the

14  allegations.

15      122.    Answering paragraph 122, the allegations in this paragraph do not apply to this

16  answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information

17  and belief upon which to answer the allegations contained therein, and on that basis denies the

18  allegations.

19      123.    Answering paragraph 123, the allegations in this paragraph do not apply to this

20  answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information

21  and belief upon which to answer the allegations contained therein, and on that basis denies the

22  allegations.

23      124.    Answering paragraph 124, the allegations in this paragraph do not apply to this

24  answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information

25  and belief upon which to answer the allegations contained therein, and on that basis denies the

26  allegations.

27      125.    Answering paragraph 125, the allegations in this paragraph do not apply to this

28  answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

1  and belief upon which to answer the allegations contained therein, and on that basis denies the

2  allegations.

3       126.    Answering paragraph 126, the allegations in this paragraph do not apply to this

4  answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information

5  and belief upon which to answer the allegations contained therein, and on that basis denies the

6  allegations.

7       127.    Answering paragraph 127, the allegations in this paragraph do not apply to this

8  answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information

9  and belief upon which to answer the allegations contained therein, and on that basis denies the

10  allegations.

11      [Paragraphs 128 through 150 are absent from Plaintiffs' First Amended Complaint and

12  therefore require no response from Defendant.]

## SECOND CAUSE OF ACTION

### Failure to Provide Medical Care, Violation of the Fourteenth

### Amendment to the United States Constitution

### (Survival Action – 42 U.S.C. § 1983) By Plaintiff Estate of Clifford Mathews

### As Against Defendant SHERIFF CHAD BIANCO, COUNTY OF RIVERSIDE,

### RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 10

19      151.    Answering paragraph 151, which incorporates by reference the allegations of other

20  paragraphs of the pleading, Defendant to the same extent incorporate by reference the answers

21  provided herein to those paragraphs. As to any allegation not expressly admitted or denied,

22  Defendant denies generally and specifically each and every remaining allegation. Furthermore, the

23  allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is

24  required, Defendant lacks sufficient information and belief upon which to answer the allegations

25  contained therein, and on that basis denies the allegations.

26  / / /

27  / / /

28  / / /

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

152.    Answering paragraph 152, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

153.    Answering paragraph 153, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

154.    Answering paragraph 154, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

155.    Answering paragraph 155, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

156.    Answering paragraph 156, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

157.    Answering paragraph 157, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

158.    Answering paragraph 158, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

**THIRD CAUSE OF ACTION**

**Deprivation of the Right to Familial Relationship with Decedent, Violation of the Fourteenth Amendment to the United States Constitution (42 U.S.C. § 1983)**

**By Plaintiffs CLIFFORD W. MATHEWS, JR., CEYLEAH W. ADONNA CLARICE MATHEWS, ANTHONY LAWARENCE TRUJILLO, MICHAELA ROBERTA TRUJILLO, and L.A., a minor, by and through his Guardian Ad Litem, Erlinda Grant, individually, As Against Defendants SHERIFF CHAD BIANCO, COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 10**

159.    Answering paragraph 159, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporate by reference the answers provided herein to those paragraphs. As to any allegation not expressly admitted or denied, Defendant denies generally and specifically each and every remaining allegation. Furthermore, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

160.    Answering paragraph 160, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

161.    Answering paragraph 161, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

162.    Answering paragraph 162, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

163.     Answering paragraph 163, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

164.     Answering paragraph 164, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

165.     Answering paragraph 165, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

166.     Answering paragraph 166, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

167.     Answering paragraph 167, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

168.     Answering paragraph 168, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

169.     Answering paragraph 169, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

170.    Answering paragraph 170, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

171.    Answering paragraph 171, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FOURTH CAUSE OF ACTION

**Municipal Policies, Customs, Practices Causing Constitutional Violations (Monell - 42 U.S.C. § 1983) By Plaintiff Estate of Clifford Mathews**

**As Against Defendants COUNTY OF RIVERSIDE and RIVERSIDE COUNTY SHERIFF'S DEPARTMENT**

172.    Answering paragraph 172, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporate by reference the answers provided herein to those paragraphs. As to any allegation not expressly admitted or denied, Defendant denies generally and specifically each and every remaining allegation. Furthermore, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

173.    Answering paragraph 173, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

174.    Answering paragraph 174, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

174(a). Answering paragraph 174(a), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

174(b). Answering paragraph 174(b), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

174(c). Answering paragraph 174(c), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

174(d).        Answering paragraph 174(d), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

174(e). Answering paragraph 174(e), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

174(f). Answering paragraph 174(f), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

174(g). Answering paragraph 174(g), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

174(h). Answering paragraph 174(h), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

174(i). Answering paragraph 174(i), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

174(i)(i). Answering paragraph 174(i)(i), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

174(i)(ii). Answering paragraph 174(i)(ii), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

174(i)(iii). Answering paragraph 174(i)(iii), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

174(i)(iv). Answering paragraph 174(i)(iv), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

174(j). Answering paragraph 174(j), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

174(k). Answering paragraph 174(k), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

175.    Answering paragraph 175, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

175(a). Answering paragraph 175(a), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

175(b). Answering paragraph 175(b), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

175(c). Answering paragraph 175(c), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

175(d). Answering paragraph 175(d), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

175(d)(i). Answering paragraph 175(d)(i), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

175(d)(ii). Answering paragraph 175(d)(ii), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

175(d)(iii). Answering paragraph 175(d)(iii), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

175(e). Answering paragraph 175(e), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

175(f). Answering paragraph 175(f), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

175(g). Answering paragraph 175(g), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

176.    Answering paragraph 176, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

177.    Answering paragraph 177, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

178.    Answering paragraph 178, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

179.    Answering paragraph 179, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

### FIFTH CAUSE OF ACTION

**Supervisory Liability Causing Constitutional Violations, (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983) By Plaintiff Estate of Clifford Mathews As Against Defendants SHERIFF CHAD BIANCO and DOES 8 through 10**

180.    Answering paragraph 180, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporate by reference the answers provided herein to those paragraphs. As to any allegation not expressly admitted or denied, Defendant denies generally and specifically each and every remaining allegation.  Furthermore, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

181.    Answering paragraph 181, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

182.    Answering paragraph 182, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

183.    Answering paragraph 183, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

184.    Answering paragraph 184, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

185.    Answering paragraph 185, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

186.    Answering paragraph 186, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

187.    Answering paragraph 187, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

188.    Answering paragraph 188, the allegations in this paragraph do not apply to this answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

/ / /

/ / /

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

KRAMER, DeBOER & KEANE

A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

## SIXTH CAUSE OF ACTION

### Negligence – Wrongful Death

**Plaintiffs CLIFFORD W. MATHEWS, JR., CEYLEAH W. MADONNA CLARICE MATHEWS, ANTHONY LAWARENCE TRUJILLO, MICHAELA ROBERTA TRUJILLO, and L.A., a minor, by and through his Guardian Ad Litem, Erlinda Grant**

### As Against All Defendants

189.    Answering paragraph 189, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporate by reference the answers provided herein to those paragraphs. As to any allegation not expressly admitted or denied, Defendant denies generally and specifically each and every remaining allegation. Furthermore, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

190.    Answering paragraph 190, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

191.    Answering paragraph 191, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the remaining allegations.

192.    Answering paragraph 192, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

192(a). Answering paragraph 192(a), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

192(b). Answering paragraph 192(b), Defendant lacks sufficient information and belief upon which to answer the allegations contained in this paragraph and on that basis denies the allegations.

/ / /

192(c). Answering paragraph 192(c), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

192(d). Answering paragraph 192(d), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

192(e). Answering paragraph 192(e), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

192(f). Answering paragraph 192(f), Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

193.    Answering paragraph 193, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

194.    Answering paragraph 194, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

195.    Answering paragraph 195, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent the allegations are deemed to be against these Defendant, and a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

///

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

196.    Answering paragraph 196, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

197.    Answering paragraph 197, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

198.    Answering paragraph 198, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

199.    Answering paragraph 199, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

200.    Answering paragraph 200, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

201.    Answering paragraph 201, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

202.    Answering paragraph 202, the allegations in this paragraph state only Plaintiffs' legal theories, arguments, and conclusions of law, to which an answer is not required. To the extent a response is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

**SEVENTH CAUSE OF ACTION**

**Medical Negligence**

**Plaintiff Estate of Clifford Mathews As Against Defendants SHERIFF CHAD BIANCO, COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 10**

203.  Answering paragraph 203, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporate by reference the answers provided herein to those paragraphs. As to any allegation not expressly admitted or denied, Defendant denies generally and specifically each and every remaining allegation. Furthermore, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

204.  Answering paragraph 204, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

205.  Answering paragraph 205, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

206.  Answering paragraph 206, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

207.  Answering paragraph 207, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

KRAMER, DeBOER & KEANE

A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

## EIGHTH CAUSE OF ACTION

### Violation of California Government Code § 845.6

### Plaintiff Estate of Clifford Mathews As Against Defendants SHERIFF CHAD BIANCO, COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 10

208.     Answering paragraph 208, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporate by reference the answers provided herein to those paragraphs. As to any allegation not expressly admitted or denied, Defendant denies generally and specifically each and every remaining allegation. Furthermore, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

209.     Answering paragraph 209, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

210.     Answering paragraph 210, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations. the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

211.     Answering paragraph 211, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

///

///

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

## NINTH CAUSE OF ACTION

### Violation of California Civil Code §52.1

### (Tom Bane Act - Survival Action)

### Plaintiff Estate of Clifford Mathews As Against Defendants SHERIFF CHAD BIANCO, COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 10

212.    Answering paragraph 212, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporate by reference the answers provided herein to those paragraphs. As to any allegation not expressly admitted or denied, Defendant denies generally and specifically each and every remaining allegation. Furthermore, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

213.    Answering paragraph 213, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

214.    Answering paragraph 214, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

214(a) Answering paragraph 214(a), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

/ / /

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

214(b). Answering paragraph 214(b), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

214(c). Answering paragraph 214(c), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

214(d). Answering paragraph 214(d), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

215.    Answering paragraph 215, the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

215(a). Answering paragraph 215(a), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

215(b). Answering paragraph 215(b), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

215(c). Answering paragraph 215(c), the allegations in this paragraph do not apply to this answering Defendant. To the extent an answer is required, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

1    215(d). Answering paragraph 215(d), the allegations in this paragraph do not apply to this
2    answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information
3    and belief upon which to answer the allegations contained therein, and on that basis denies the
4    allegations.

5    215(e). Answering paragraph 215(e), the allegations in this paragraph do not apply to this
6    answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information
7    and belief upon which to answer the allegations contained therein, and on that basis denies the
8    allegations.

9    215(f). Answering paragraph 215(f), the allegations in this paragraph do not apply to this
10   answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information
11   and belief upon which to answer the allegations contained therein, and on that basis denies the
12   allegations.

13   216.    Answering paragraph 216, the allegations in this paragraph do not apply to this
14   answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information
15   and belief upon which to answer the allegations contained therein, and on that basis denies the
16   allegations.

17   217.    Answering paragraph 217, the allegations in this paragraph do not apply to this
18   answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information
19   and belief upon which to answer the allegations contained therein, and on that basis denies the
20   allegations.

21   218.    Answering paragraph 218, the allegations in this paragraph do not apply to this
22   answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information
23   and belief upon which to answer the allegations contained therein, and on that basis denies the
24   allegations.

25   219.    Answering paragraph 219, the allegations in this paragraph do not apply to this
26   answering Defendant.  To the extent an answer is required, Defendant lacks sufficient information
27   and belief upon which to answer the allegations contained therein, and on that basis denies the
28   allegations.

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

1   220.   Answering paragraph 220, the allegations in this paragraph do not apply to this

2   answering Defendant. To the extent an answer is required, Defendant lacks sufficient information

3   and belief upon which to answer the allegations contained therein, and on that basis denies the

4   allegations.

5   [Paragraphs 221-222 are not present in Plaintiffs' First Amended Complaint and therefore

6   require no response from Defendant.]

7   **TENTH CAUSE OF ACTION**

8   **Declaratory Relief**

9   **(28 U.S.C. § 2201)**

10   **Plaintiffs As Against All Defendants**

11   **This cause of action was Dismissed pursuant to the Order Granting Dismissal of**

12   **Plaintiffs' 10th Cause of Action for Declaratory Relief dated and signed November 14, 2025.**

13   223.   Cause of action has been Dismissed.

14   224.   Cause of action has been Dismissed.

15   225.   Cause of action has been Dismissed.

16   **REQUEST FOR RELIEF**

17   Defendant denies Plaintiffs are entitled to the relief set forth in the First Amended Complaint

18   or to any relief whatsoever based on any claim that a named defendant acted or failed to act

19   according to the law regarding Plaintiffs' allegations herein. Defendant denies each and every

20   allegation not previously admitted or otherwise qualified.

21   **AFFIRMATIVE DEFENSES**

22   As separate and distinct affirmative defenses, Defendant alleges each of the following:

23   **FIRST AFFIRMATIVE DEFENSE**

24   1.   Plaintiffs' First Amended Complaint fails to state facts sufficient to constitute a cause

25   of action against this defendant.

26   / / /

27   / / /

28   / / /

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

**SECOND AFFIRMATIVE DEFENSE**

2.     Plaintiffs' entire cause of action is barred by the applicable statute of limitation including Sections 340.5 and 340(3) of the California *Code of Civil Procedure* in that it was not brought in a timely fashion.

**THIRD AFFIRMATIVE DEFENSE**

3.     That any injury, loss or damage, if any, sustained by plaintiffs herein was proximately caused or contributed to by the negligence on the part of the plaintiffs in that said plaintiffs failed to exercise ordinary care on plaintiff's behalf at the times and places set forth in plaintiffs' First Amended Complaint.

**FOURTH AFFIRMATIVE DEFENSE**

4.     All damages, if any, claimed by plaintiffs were proximately caused and contributed to by persons and entities other than this answering defendant.  The liability of all responsible parties, named or unnamed, should be apportioned according to their relative degree of fault and the liability of this answering defendant should be reduced accordingly.

**FIFTH AFFIRMATIVE DEFENSE**

5.     Liability for noneconomic losses is limited to the provisions of Civil Code, section 3333.2.

**SIXTH AFFIRMATIVE DEFENSE**

6.     The defendant may elect to limit and diminish the plaintiff's alleged damages pursuant to *Civil Code* Section 3333.1.

**SEVENTH AFFIRMATIVE DEFENSE**

7.     Special damages in the form of past healthcare related expenses incurred on behalf of Decedent are reasonably likely to be covered by either private insurance benefits or benefits that were available under the Affordable Care Act (26 U.S.C.A.  Section 5000A (a) and 42 U.S.C.A. Section 300gg-1(a), 300gg-2(a), 300gg-11(a) ,300gg-12(a) and 42 U.S.C.A. 18022 (b) (1).

**EIGHTH AFFIRMATIVE DEFENSE**

8.     That by the exercise of reasonable effort, Decedent could have and/or can mitigate the amount of damages suffered by obtaining health insurance coverage as required by the

1  Affordable Care Act. To the extent Decedent failed and/or continues to fail to obtain health
2  insurance coverage as required by the Affordable Care Act, as an affirmative defense, Defendant
3  asserts that Decedent failed and/or continues to fail to reasonably mitigate and/or reduce damages,
4  including, but not limited to, failure to obtain or timely obtain healthcare insurance coverage, as
5  required by federal law under the Affordable Care Act.

6  **NINTH AFFIRMATIVE DEFENSE**

7  9.      That certain limitations in regard to fees shall apply to any recovery for damages
8  pursuant to *Business and Professions Code* Section 6146.

9  **TENTH AFFIRMATIVE DEFENSE**

10  10.      Any recovery by plaintiffs pursuant to the First Amended Complaint, and each
11  purported cause of action contained therein, is controlled by the provisions of California *Code of*
12  *Civil Procedure* Section 667.7 and at the time of Trial defendant may elect to limit or diminish
13  plaintiffs' alleged damages or losses as provided by the provision of said Code Section.

14  **ELEVENTH AFFIRMATIVE DEFENSE**

15  11.      That plaintiffs' First Amended Complaint and each purported cause of action
16  contained therein is limited by the provisions of California *Civil Code* Section 1714.8.

17  **TWELFTH AFFIRMATIVE DEFENSE**

18  12.      That plaintiffs' First Amended Complaint and each purported cause of action
19  contained therein is barred by the provisions of *Government Code* Section 910, et seq.

20  **THIRTEENTH AFFIRMATIVE DEFENSE**

21  13.      This answering defendant is informed and believes and thereon alleges that
22  plaintiffs' First Amended Complaint and the purported causes of action contained therein is defeated
23  or diminished by the fact that plaintiffs consented to all activities undertaken.

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

1

**FOURTEENTH AFFIRMATIVE DEFENSE**

2      14.     That if there is a judgment in favor of said plaintiffs and against this answering
3   defendant, this answering defendant requests a finding of pro rata responsibility, if any, between the
4   parties for said damages to the extent necessary.  Further, this answering defendant may be entitled
5   to any may request a finding of partial indemnification from other parties on a comparative fault
6   basis.

7

**FIFTEENTH AFFIRMATIVE DEFENSE**

8      15.     That plaintiffs' First Amended Complaint and each purported cause of action
9   contained therein is barred by the provisions of *Business and Professions Code* Section 2396.

10

**SIXTEENTH AFFIRMATIVE DEFENSE**

11      16.     That plaintiffs' First Amended Complaint and each purported cause of action therein
12   is barred by the immunities of *Government Code* Section 945, et seq.

13

**SEVENTEENTH AFFIRMATIVE DEFENSE**

14      17.     That any injury, loss or damage purportedly sustained, if at all, by plaintiffs was
15   directly and proximately caused and contributed to by risks which were fully and actually known to
16   plaintiffs who fully and actually appreciated the nature and scope of the hazards created thereby and
17   who voluntarily assumed said risks and potential consequences thereof.

18

**EIGHTEENTH AFFIRMATIVE DEFENSE**

19      18.     Plaintiffs have failed to prosecute this matter in a timely fashion under *Code of Civil*
20   *Procedure* Section 583.410.

21

**NINETEENTH AFFIRMATIVE DEFENSE**

22      19.     Defendant upon prevailing on this matter is entitled to attorneys' fees and costs
23   incurred in defending this action permitted by Section 1038 of the *Code of Civil Procedure.*

24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

## TWENTIETH AFFIRMATIVE DEFENSE

20.    That the incident described in plaintiffs' First Amended Complaint, as well as the injuries, losses and damages allegedly sustained by plaintiffs, were proximately caused by intervening and superseding causes and forces which were beyond the control of this answering defendant and which in the exercise of reasonable prudence, were not and could not be anticipated or foreseen by this answering defendant.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

21.    That any recovery by the plaintiffs pursuant to the First Amended Complaint, and each purported cause of action contained therein, is controlled by the provisions of California *Civil Code* Section 1431.5 so that all noneconomic damages shall be allocated in direct proportion to each tortfeasor's percentage of fault.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

22.    That each and every cause of action contained in plaintiffs' First Amended Complaint is barred by the doctrine of laches.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

23.    Plaintiffs' damages are limited to the provisions of California *Code of Civil Procedure* §377.34 and 377.61.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

24.    Plaintiffs have failed to mitigate damages including but not limited to physical injury, pain and suffering, past and future medical expenses and past and future loss of earnings.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

25.    As a separate and distinct affirmative defense, defendant contends that even if a reasonable person in decedent's position might not have consented to the procedure(s) or treatment performed on decedent by defendant if decedent had been given enough information about its risks, decedent still would have consented to the procedure or treatment. (CACI 550.)

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

26.    As a separate and distinct affirmative defense, defendant contends that defendant had no duty to disclose to decedent the likelihood of success or risks associated with procedure(s) or

1 treatment defendant performed on the decedent, because decedent asked not to be informed of the

2 likelihood of success or risks of the procedure or treatment. (CACI 551.)

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

27. As a separate and distinct affirmative defense, defendant contends that defendant was not required to inform decedent of the likelihood of success or risks of the procedure(s) or treatment defendant performed on decedent as the treatment or procedure is a simple procedure and it is understood that the risks are minor and not likely to occur. (CACI 552.)

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

28. As a separate and distinct affirmative defense, defendant contends that defendant was not required to inform decedent of the likelihood of success or risks of the procedure(s) or treatment defendant performed on the decedent as the information would have so seriously upset decedent that decedent would not have been able to reasonably consider the risks of refusing to have the medical procedure. (CACI 553.)

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

29. As a separate and distinct affirmative defense, defendant contends that defendant was not required to inform decedent of the likelihood of success or risks of the procedure(s) or treatment defendant performed on decedent because an emergency existed. (CACI 554.)

**THIRTIETH AFFIRMATIVE DEFENSE**

30. As a separate and distinct affirmative defense, pursuant to Government Code section 815.4, defendant is not liable for any alleged injuries or damages caused by independent contractors.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

31. As a separate and distinct affirmative defense to each cause of action in the First Amended Complaint, defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have addition, as yet unstated, affirmative defenses available. Defendant reserves the right to assert additional defenses in the event that discovery indicates that such defenses would be appropriate.

/ / /

/ / /

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

### THIRTY-SECOND AFFIRMATIVE DEFENSE

32.    That the medical records involved in this case are complete and correct, and that plaintiffs and/or decedent have waived the right to claim that such medical records are incomplete or incorrect, because plaintiffs and or decedent have failed to remedy any alleged defect by filing a corrective addendum and written statement requiring the addendum to become part of the medical records, pursuant to Health & Safety Code Section 123111.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

33.    That if Plaintiffs/Decedent suffered or sustained any loss, damage, or injury as alleged in the operative complaint, Defendant is immune from liability pursuant to state statute, executive order, guideline, advisory, federal statute, and/or any other authority from, including but not limited to, California Government Code section 8659, the Governor of the State of California, the California Department of Public Health, the United States Department of Health & Human Services, and/or the United States Department of Justice Drug Enforcement Administration.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

35.    Decedent's representative(s) failed to present a timely action for Decedent's pre death pain and suffering pursuant to Code of Civil Procedure Section 366.1.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

35.    The alleged negligence, if any, alleged by plaintiffs in the underlying action was not a cause or contributor to Decedent's death, such that the changes to Code of Civil Procedure Section 377.34 do not provide for any allowable claims for Decedent's pre-death pain and suffering, if any, to be brought by the personal representative of plaintiff, plaintiff's estate, or any successor in interest for Decedent's pre-death pain and suffering.

### THIRTY-SIX AFFIRMATIVE DEFENSE

36.    That if plaintiffs, in fact, sustained or will sustain any injuries or damages as a result of any act or omission on the part of this answering defendant (which supposition is not admitted by this answering defendant, but is merely stated for the purpose of this affirmative defense), then decedent at the time and place alleged in said First Amended Complaint was guilty of negligence in failing to exercise that degree of care for his own safety and protection that ordinarily prudent

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FAC/DMD JURY TRIAL

1  persons would exercise under the circumstances, and said negligence contributed as a legal cause in

2  some degree to the injuries and damages being claimed by plaintiffs herein, thereby barring and/or

3  reducing plaintiffs' recovery.

4  ### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

5        37.    That defendant contends that there is no basis for liability of said defendant to

6  plaintiffs. However, without withdrawing that position, it alleges in the alternative that should this

7  answering defendant be found liable to plaintiffs on the First Amended Complaint herein, this

8  answering defendant should, in whole or in part, be indemnified by the other defendants, by those

9  responsible persons, and/or entities who would be liable to plaintiffs if joined herein, according to

10  the degree of involvement or responsibility for causing loss to plaintiffs; and by plaintiffs to the

11  degree and extent of plaintiffs' own contributory negligence or to the extent plaintiffs are found to

12  assume the position of any other responsible person arid/or entity with whom plaintiffs have settled

13  claims separately or in any other manner have attempted to exonerate.

14  ### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

15        38.    That at all times herein mentioned, plaintiffs knew, or should have known, that

16  decedent was submitting to medical techniques, treatment and medication which, because of the

17  condition of decedent, rendered decedent susceptible to potential complications, injury, or damage

18  and that by submitting decedent to such medical techniques, treatment and medication, decedent

19  freely, voluntarily and expressly assumed all risks attendant thereto, thereby barring and/or reducing

20  plaintiffs' recovery herein.

21  ### THIRTY-NINTH AFFIRMATIVE DEFENSE

22        39.    That defendant is entitled to an offset and/or reduction and plaintiffs are barred from

23  recovering any and all amounts paid for plaintiffs' alleged injuries by way of settlement or judgment

24  of any claim, incident or lawsuit which may have contributed to the injuries referred to in the First

25  Amended Complaint, in the event this answering defendant should be found liable to plaintiffs,

26  although this supposition is denied and only stated for the purposes of this affirmative defense.

27  ///

28  ///

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

## FORTIETH AFFIRMATIVE DEFENSE

40.    That plaintiffs lack the capacity to sue pursuant to Code of Civil Procedure section 430.10.

## FORTY-FIRST AFFIRMATIVE DEFENSE

41.    That plaintiffs' First Amended Complaint, and each purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action in that plaintiffs' claim is barred by Section 2395 of the California Business and Professions Code.

## FORTY-SECOND AFFIRMATIVE DEFENSE

42.    That plaintiffs' First Amended Complaint, and each purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action in that plaintiff's claim is barred by Section 2396 of the California Business and Professions Code.

## FORTY-THIRD AFFIRMATIVE DEFENSE

43.    That plaintiffs' First Amended Complaint, and each purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action in that plaintiffs' claim is barred by Section 23 97 of the California Business and Professions Code.

## FORTY-FOURTH AFFIRMATIVE DEFENSE

44.    Defendant claims that a reasonable person in decedent's position would have consented to the treatment provided; and even if a reasonable person in decedent's position would not have consented to such treatment, decedent still would have consented to the treatment at issue.

## FORTY-FIFTH AFFIRMATIVE DEFENSE

45.    Decedent failed to use reasonable care to provide for their own well-being, including but not limited to, the failure to follow the instructions provided by or to seek the medical care recommended by Defendant when a reasonable person in the same situation would have done so and said failure by them to so act was a substantial factor in causing the harm alleged in the First Amended Complaint. (CACI No. 517.)

## FORTY-SIXTH AFFIRMATIVE DEFENSE

46.    As a separate and distinct affirmative defense, pursuant to Government Code section 815.4, defendant is not liable for any alleged injuries or damages caused by independent contractors.

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

**DEMAND FOR JURY TRIAL**

Defendant hereby demands and requests a trial by jury in this matter.

**PRAYER**

WHEREFORE, Defendant prays for judgment as follows:

1.    That Plaintiffs take nothing by this action;

2.    That the action be dismissed;

3.    That Defendant be awarded costs of suit;

4.    That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. §1988.

DATED: November 20, 2025          KRAMER, DEBOER & KEANE

BY: _____
DEBORAH OLSEN DEBOER
KARLA M. MEIER
Attorneys for Defendant, SAN GORGONIO
MEMORIAL HEALTHCARE DISTRICT

KRAMER, DEBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

**PROOF OF SERVICE**

**Mathews/Trujillo v. San Gorgonio Memorial Hospital and San Gorgonio Memorial Healthcare District, et al.**

**Case No.: 5:25-cv-02298          Our File No.: SB-343**

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 74-770 Highway 111, Suite 201, Indian Wells, CA 92210.

On November 20, 2025, I served the following document(s) described as **DEFENDANT, SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** on the interested party(ies) in this action as follows:

**See Attached Service List**

☐  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Palm Desert, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐  **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was (760) 776-1535. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

☒  **BY ELECTRONIC TRANSMISSION**: Pursuant to California Code of Civil Procedure §1010.6(b) (1) (4), **Kramer deBoer & Keane** served via electronic mail service only, by electronically mailing the document(s) listed above to the e-mail addresses set forth on the attached Service List from the e-mail address of abuggy@kdk.legal and/or a court approved service company such as One Legal. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒  **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 20, 2025 at Indian Wells, California.

_____
Anne Tobin-Buggy

KRAMER, deBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 HIGHWAY 111, SUITE 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

KRAMER, DeBOER & KEANE
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
74770 Highway 111, Suite 201
INDIAN WELLS, CALIFORNIA 92210
TELEPHONE (760) 776-1226

## SERVICE LIST

**Mathews/Trujillo v. San Gorgonio Memorial Hospital and San Gorgonio Memorial Healthcare District, et al.**
**Case No.: 5:25-cv-02298          Our File No.: SB-343**

Dan C. Bolton, Esq.
WALTER CLARK LEGAL GROUP
A Professional Corporation
76-861 Highway 111
Rancho Mirage, CA 92270
Tel: (760) 862-9254
Fax: (760)862-1121
dbolton@walterclark.com;
kscott@walterclark.com
jgordon@walterclark.com
scorona@walterclark.com
Attorneys for Plaintiffs. ESTATE OF
CLIFFORD W. MATHEWS, BY AND
THROUGH SUCCESSORS IN INTEREST,
CLIFFORD W. MATHEWS, JR., CEYLEAH
W. MADONNA CLARICE MATHEWS,
ANTHONY LAWARENCE TRUJILLO,
MICHAELA ROBERTA TRUJILLO, AND
L.A., A MINOR, BY AND THROUGH HIS
GUARDIAN AD LITEM, ERLINDA
GRANT; CLIFFORD W. MATHEWS, JR.,
CEYLEAH W. MADONNA CLARICE
MATHEWS, ANTHONY LAWARENCE
TRUJILLO, MICHAELA ROBERTA
TRUJILLO, AND L.A., A MINOR, BY AND
THROUGH HIS GUARDIAN AD LITEM,
ERLINDA GRANT, INDIVIDUALLY

Molshree Gupta, Esq.
Kjar McKenna and Stockalper LLP
841 Apollo Street Suite 100
El Segundo, CA 90245
Tel.: 424-217-3026
Fax.: 424-367-0400 (fax)
mgupta@kmslegal.com
Attorney for Defendants, RIVERSIDE
COUNTY SHERIFF'S DEPARTMENT,
SHERIFF CHAD BIANCO, COUNTY OF
RIVERSIDE

**Court Address**
Hon. Maame Ewusi-Mensah Frimpong
David T. Bristow, Magistrate
United States District Cout
Central District of California-Eastern Division
George E. Brown, Jr. Federal Building and United States Courthouse
3470 Twelfth Street
Riverside, CA 92501